UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHRISTOPHER R. SHAFFER                                             PLAINTIFF

v.                                          CIVIL ACTION NO. 3:07-CV-P630-S

TOM D. CAMPBELL et al.                                         DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, the motion to dismiss filed by Defendant Jeremiah Furman (DN 45) is **GRANTED**. The claims against Defendant Jeremiah Furman are **DISMISSED with prejudice**, and the Clerk of Court is directed to **terminate** him as a party to this action.

Date:

cc:     Plaintiff, *pro se*
        Counsel of record
4411.009